# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2006

131408

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL BERZSENYI,
      Defendant-Appellant.

SC: 131408
COA: 258698
Oakland CC: 2003-193291-FH

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals. Contrary to the statement of the panel, defendant is entitled to early parole eligibility under MCL 769.234(12). *People v Kelly*, 474 Mich 1026 (2006). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2006

Clerk

p1011